RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
rebecca_levy@fd.org

Attorney for ANTOINE LEVLEE LAUSHAUL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE LEVLEE LAUSHAUL,<br><br>Defendant, | Case No. 2:17-cr-00265-JCM-PAL<br><br>EMERGENCY UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

The Defendant, Antoine Laushaul, through his attorney, Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, respectfully moves this Honorable Court to modify condition of his release to allow him to travel to California on two occasions.

DATED this February 1, 2018

                                          RENE L. VALLADARES
                                        Federal Public Defender

                               By */s/ Rebecca Levy*
                                        REBECCA LEVY
                                        Assistant Federal Public Defender
                                        Attorney for Antoine Laushaul

## ARGUMENT

On August 16, 2017, the grand jury in the District of Nevada returned a two-count indictment against Mr. Laushaul for Distribution of a Controlled Substance and Conspiracy to Distribute (the "Indictment") Docket #1. On January 8, 2018, Mr. Laushaul was released on his personal recognizance with many conditions of release. One of those conditions is that his travel is restricted to Clark County, NV. On Friday, January 26, 2018, Mr. Laushaul's brother passed away in California. Mr. Laushaul is seeking to go to California from February 2, 2018 until February 4, 2018 to assist in a fundraiser being put on for his brother's funeral expenses. Mr. Laushaul is seeking to go back to California from February 9, 2018 until February 11, 2018 for his brother's funeral. The funeral will be held at Alan Chapel in Compton, CA. While Mr. Laushaul is in California, he will stay with his mother, Stephanie Hawkins. She resides in Palmdale, CA and the address will be provided to Pre-Trial Services.

Pre-Trial Officer Emily McKillip does not oppose this request. Further, the government does not oppose this request.

## CONCLUSION

Accordingly, we are respectfully requesting this modification of the conditions of Mr. Laushaul's release to allow him to travel to California for two separate weekends after the passing of his brother.

Respectfully Submitted, this February 1, 2018

    RENE L. VALLADARES
    Federal Public Defender

    By */s/ Rebecca Levy*
    REBECCA LEVY
    Assistant Federal Public Defender
    Attorney for Antoine Laushaul

**IT IS SO ORDERED**.
Dated this 1st day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE