RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Antoine Levlee Laushaul

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINE LEVLEE LAUSHAUL,<br><br>　　　　Defendant. | Case No. 2:17-cr-265-JCM-PAL-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Antoine Levlee Laushaul, that the Revocation Hearing currently scheduled on July 24, 2018 at 1:45 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has been in trial and unable to meet with the defendant in custody.

　　　　2.　　Counsel is also negotiating with the government.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of July, 2018.

RENE L. VALLADARES  
Federal Public Defender

 */s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

 */s/ Susan Cushman*  
By_____  
SUSAN CUSHMAN  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-265-JCM-PAL-2 |
| Plaintiff, | **ORDER** |
| v. | |
| ANTOINE LEVLEE LAUSHAUL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 24, 2018 at 1:45 p.m., be vacated and continued to July 31, 2018, at the hour of 1:45 p.m., or to a time and date convenient to the court.

DATED this 23rd day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE