RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Antoine Levlee Laushaul

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00265-JCM-PAL-2 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| ANTOINE LEVLEE LAUSHAUL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Antoine Levlee Laushaul, that the Sentencing Hearing currently scheduled on November 28, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to gather mitigation information for Mr. Laushaul, which is relevant to the sentencing disposition of this case.

2.      The defendant is incarcerated and does not object to the continuance.

1      3.      The parties agree to the continuance.

2      This is the first stipulation to continue filed herein.

3      DATED this 27th day of September, 2018.

4 RENE L. VALLADARES             DAYLE ELIESON
Federal Public Defender            United States Attorney

5

6      */s/ Rebecca A. Levy*                   */s/ Susan Cushman*
By_____     By_____

7 REBECCA A. LEVY                   SUSAN CUSHMAN

8 Assistant Federal Public Defender      Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTOINE LEVLEE LAUSHAUL,<br><br>          Defendant. | Case No. 2:17-cr-00265-JCM-PAL-2<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, November 28, 2018 at 10:30 a.m., be vacated and continued to January 15, 2019 at the hour of 10:00 a.m.

DATED October 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

3